**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,  )    CR 00-777-001-PHX-PGR
                           )
          Plaintiff,       )
                           )
vs.                        )
                           )
Lamonte Brown,             )         **ORDER**
                           )
          Defendant.       )
                           )
_____)

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on February 2, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 3rd day of February, 2006.

Lawrence O. Anderson
United States Magistrate Judge